Tuwana ANTHONY, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 2011–3145.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

Thomas E. Marshall, Rochester, MI, for Petitioner.

Cameron Cohick, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

Willie M. SIMPSON, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2012–7016.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

Willie Simpson, Conyers, GA, for Claimant–Appellant.

Shelley D. Weger, David J. Barrans, Brian D. Griffin, Department of Justice, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.